1048

[No. 35346-2-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
SEBASTIAN JOEL GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03375-3, J. Kathleen Learned, J., entered
September 20, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35357-8-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN N.
TINKHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 90-1-00432-4, Stanley K. Bruhn, J., entered
September 23, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35626-7-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
STEELE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-02701-0, Mary Wicks Brucker, J., entered
November 4, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35698-4-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER
LEE ZIMMERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-04742-8, Bobbe J. Bridge, J., entered
October 17, 1994. *Reversed* by unpublished per curiam
opinion.